Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on November 10 and 13, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Peradotto, J.P., Carni, DeJoseph, Curran and Winslow, JJ.

■ FRANCIS X. SMITH et al., Respondents, v VILLAGE OF ARCADE et al., Respondents, and DONALD J. SAULTER, JR., Appellant, et al., Defendant. (Appeal No. 1.) [65 NYS3d 892]—Appeal from an order of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered March 3, 2016. The order, among other things, denied the motion of defendant Donald J. Saulter, Jr. for summary judgment dismissing the complaint against him.

Now, upon the stipulations of discontinuance signed by the attorneys for the parties on February 16 and June 23, 2017, and filed in the Wyoming County Clerk's Office on April 28 and July 24, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Peradotto, J.P., Carni, DeJoseph, Curran and Winslow, JJ.